| ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| Defendant: | **Hasbro International, Inc.** |
| Bankruptcy Case: | **HRB Winddown, Inc.** |
| Preference Period: | **Sep 19, 2019 - Dec 18, 2019** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080975D | $5,000.00 | 11/15/2019 | 37709 | 11/4/2019 | $5,000.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080773 | $430.68 | 10/30/2019 | 130506-0 | 10/1/2019 | $430.68 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080323V | $40,000.00 | 9/27/2019 | 13056-1 ADVNC FOR TRNSFMR MEX | 6/10/2019 | $7,500.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080323V | $40,000.00 | 9/27/2019 | 130506-1 ADVNC FOR TRNSFMR MEX | 9/10/2019 | $2,500.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080323V | $40,000.00 | 9/27/2019 | 130506-0 ADVNC FOR MLP MEX | 6/10/2019 | $30,000.00 |

**Totals:**     **3 transfer(s),**    **$45,430.68**